UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JHON BERNABEL,

                            Plaintiff,                    24 Civ. 9937 (PAE) (SN)

           -v-                                        ORDER

MONARCH REALTY HOLDINGS, LLC and
MONARCH PAYROLL SYSTEM LLC,

                            Defendants.

------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

      Defendants Monarch Payroll Holdings, LLC and Monarch Payroll System LLC filed a notice of voluntary dismissal in the above-captioned action, which brings claims under, *inter alia*, the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* Dkt. 10. The Court directs the parties to file a joint letter, no later than March 5, 2025, confirming that the stipulation of voluntary dismissal by which the parties propose to dismiss the plaintiff's claims is not part of a settlement that would require review by this Court. *See Samake v. Thunder Lube, Inc.*, 24 F.4th 804, 811 (2d Cir. 2022). Specifically, the parties shall confirm that plaintiff's dismissal was not secured by means of any payment, promise, or other benefit offered by defendant.

      SO ORDERED.

                                                          Paul A. Engelmayer
                                                           United States District Judge

Dated: February 12, 2025
       New York, New York