UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JHON BERNABEL,

                                      **Plaintiff,**

           -against-

MONARCH REALTY HOLDINGS, LLC and
MONARCH PAYROLL SYSTEM LLC,

                                    **Defendants.**

-----------------------------------------------------------------X

24-CV-09937 (PAE)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/25/2025

**SARAH NETBURN, United States Magistrate Judge:**

       On April 25, 2025, the parties appeared for an in-person conference. During the conference the Court declined to approve the proposed Surrender Agreement pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). See ECF No. 20. Accordingly, Defendants shall file their answer to the complaint no later than Friday, May 9, 2025. If the parties reach a settlement in advance of this deadline, they shall file a joint status letter on the docket.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    April 25, 2025
                New York, New York