**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

JHON BERNABEL,

                            **Plaintiff,**

            -against-

MONARCH REALTY HOLDINGS, LLC and
MONARCH PAYROLL SYSTEM LLC,

                          **Defendants.**

------------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: ___ 12/1/2025

24-CV-09937 (PAE)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      In light of the close of fact discovery and the December 1, 2025, deadline for pre-motion letters for anticipated summary judgment motions, the parties are directed to contact Courtroom Deputy Diljah Shaw at Diljah_Shaw@nysd.uscourts.gov by December 5, 2025, with three mutually available dates beginning in January 2026 for a settlement conference.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      December 1, 2025
                New York, New York